Marwan R. Daher
**JUSTICE CONSUMER LAW, LLC.**
15255 S. 94th Avenue
Suite 500
Orland Park, Illinois 60462
(708) 304-3003
mdaher@justconsumerlaw.com
*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

|  |  |
|---|---|
| Eric T. Benson,<br><br>    Plaintiff,<br>      v.<br><br>Morning Law Group, PC,<br><br>    Defendant. | Case No. CV-25-04518-PHX-DJH<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:  Diane J. Humetewa |

    Plaintiff, ERIC T. BENSON and Defendant MORNING LAW GROUP, PC. hereby notify the Court that the parties have reached a settlement in principle and are in the process of preparing and finalizing the terms of a settlement agreement. The parties respectfully request that the Court stay all case deadlines pending the submission of a Joint Stipulation of Dismissal with Prejudice, which the parties anticipate filing within sixty (60) days of this notice.

1

DATED: February 12, 2026                    Respectfully submitted,


*/s/ Marwan R. Daher*                       */s/ Anthony J. Fernandez*
Marwan R. Daher, Esq.                       Anthony J. Fernandez, Esq.
Justice Consumer Law,                       Quintairos, Prieto, Wood & Boyer, P.A.
LLC.                                        14350 North 87th Street, Suite 265
15255 S. 94th Avenue,                       Scottsdale, Arizona 85260
Suite 500                                   Telephone: (602) 954-5605
Orland Park, Illinois 60462                 afernandez@qpwblaw.com
708-304-3003                                *Attorney for Defendant*
mdaher@justconsumerlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2026, I electronically filed the foregoing document with the Clerk of the Court for the District of Arizona by using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

/s/ *Marwan R. Daher*