Marwan R. Daher
**JUSTICE CONSUMER LAW, LLC.**
15255 S. 94th Avenue
Suite 500
Orland Park, Illinois 60462
(708) 304-3003
mdaher@justconsumerlaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

ERIC T. BENSON,

     Plaintiff,

     v.

MORNING LAW GROUP, PC,

     Defendant.

Case No. CV-25-04518-PHX-DJH

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Honorable Judge Diane J. Humetewa

### STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COMES** ERIC T. BENSON ("Plaintiff"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing all of his claims against Defendant, MORNING LAW GROUP, PC., ("Defendant") with prejudice, with all parties to bear its own attorney's fees, costs, and expenses.

1

DATED: February 25, 2026                    Respectfully submitted,


*/s/ Marwan R. Daher*                       */s/ Anthony J. Fernandez*
Marwan R. Daher, Esq.                       Anthony J. Fernandez, Esq.
Justice Consumer Law,                       Quintairos, Prieto, Wood & Boyer, P.A.
LLC.                                        14350 North 87th Street, Suite 265
15255 S. 94th Avenue,                       Scottsdale, Arizona 85260
Suite 500                                   Telephone: (602) 954-5605
Orland Park, Illinois 60462                 afernandez@qpwblaw.com
708-304-3003                                *Attorney for Defendant*
mdaher@justconsumerlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2026, I electronically filed the foregoing document with the Clerk of the Court for the District of Arizona by using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

/s/ *Marwan R. Daher*